IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00192-CR

No.
10-04-00207-CR

 

Marlin Jorron Jackson,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the County Court

Hill County, Texas

Trial Court # M1221-03 and 33,168

 



MEMORANDUM Opinion



 








Marlin Jorron Jackson has filed a motion to
dismiss this appeal.  See Tex. R. App. P. 42.2(a); McClain v.
State, 17 S.W.3d 310 (Tex.
App.—Waco 2000, no pet.).  We have not
issued a decision in this appeal.  Jackson personally signed the motion.  The Clerk of this Court has sent a duplicate
copy of the motion to the trial court clerk. 
Id.  The
appeal is dismissed.

 

                                                          TOM
GRAY

                                                          Chief
Justice

 

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal
dismissed

Opinion
delivered and filed January 5, 2005

Do
not publish

[CR25]